No. 67708.—Milo Mills *v.* United States, protest 60/24516(B) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, consisting of certain 15-denier nylon monofilament yarn having a slight turn twist, is properly classifiable as filaments of rayon or other synthetic textile, singles, weighing less than 150 deniers per length of 450 meters, the claim of the plaintiff was sustained.

No. 67709.—Milo Mills *v.* United States, protest 61/3918(A) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, consisting of certain 15-denier nylon monofilament yarn having a slight turn twist, is properly classifiable as filaments of rayon or other synthetic textile, singles, weighing less than 150 deniers per length of 450 meters, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 9, 1963

No. 67710.—Barnett Customs Brokers, Inc., a/c Ruggles China & Gift House, Inc. *v.* United States, protest 60/16835 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of so-called Marion vases, which are table and kitchen articles and utensils, having as their component material glass, pressed and unpolished, the claim of the plaintiff was sustained.

No. 67711.—Barnett Customs Brokers, Inc., a/c Birns & Sawyer et al. *v.* United States, protests 62/8449, etc. (Los Angeles).